(No. 2013–0108—Submitted June 5, 2013—Decided June 13, 2013.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Dunbar v. State*, 136 Ohio St.3d 181, 2013-Ohio-2163, 992 N.E.2d 1111.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

Kirk A. Migdal, for appellant.

Michael DeWine, Attorney General, Alexandra T. Schimmer, Solicitor General, and Peter K. Glenn–Applegate, Deputy Solicitor; and Sherri Bevan Walsh, Summit County Prosecuting Attorney, and Lesley A. Walter, Assistant Prosecuting Attorney, for appellee.

BALLARD, APPELLEE, *v.* THE STATE OF OHIO, APPELLANT.

[Cite as *Ballard v. State*, 136 Ohio St.3d 83, 2013-Ohio-2412.]

(No. 2012–1525—Submitted June 5, 2013—Decided June 13, 2013.)

{¶ 1} The judgment of the court of appeals is reversed and the cause is remanded on the authority of *Dunbar v. State*, 136 Ohio St.3d 181, 2013-Ohio-2163, 992 N.E.2d 1111.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

Samuel S. Riotte and David B. Malik, for appellee.

Michael DeWine, Attorney General, Alexandra T. Schimmer, Solicitor General, and Peter K. Glenn–Applegate, Deputy Solicitor; and Timothy J. McGinty, Cuyahoga County Prosecuting Attorney, and Michael A. Dolan, Assistant Prosecuting Attorney, for appellant.

JOHNSON, APPELLEE, *v.* THE STATE OF OHIO, APPELLANT.

[Cite as *Johnson v. State*, 136 Ohio St.3d 84, 2013-Ohio-2413.]

(No. 2012–1731—Submitted June 5, 2013—Decided June 13, 2013.)

{¶ 1} The judgment of the court of appeals is reversed and the cause is remanded on the authority of *Dunbar v. State*, 136 Ohio St.3d 181, 2013-Ohio-2163, 992 N.E.2d 1111.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

Friedman & Gilbert and Terry H. Gilbert, for appellee.

Michael DeWine, Attorney General, Alexandra T. Schimmer, Solicitor General, and Peter K. Glenn–Applegate, Deputy Solicitor; and Timothy J. McGinty, Cuyahoga County Prosecuting Attorney, and Brian R. Gutkoski, Assistant Prosecuting Attorney, for appellant.